UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PETER FISCHER,<br>*individually and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>CONOPCO, INC., d/b/a "UNILEVER,"<br>DOES 1 through 10,<br><br>    Defendants. | Case No. 4:21-cv-00582-JMB |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant Conopco, Inc., d/b/a "Unilever" ("Unilever") hereby moves for an extension of time to answer the complaint. In support of this motion, Unilever states as follows:

1. This case was removed on May 20, 2021.

2. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Unilever's answer is due on May 27, 2021.

3. Due to the length and complexity of the complaint, Unilever requires additional time to analyze the allegations and prepare its responses and defenses. Unilever requests an additional 14 days to respond to the complaint, or until June 10, 2021.

4. Unilever has contacted Plaintiff's counsel, and he consents to the requested extension of time.

WHEREFORE, for good cause shown, Unilever requests an additional 14 days, through June 10, 2021, to file an answer to the complaint in this case, and for any further relief the Court deems just.

Dated:  May 25, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ James P. Muehlberger*
James P. Muehlberger, #51346MO
Douglas B. Maddock, Jr., #53072MO
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
jmuehlberger@shb.com
dmaddock@shb.com

*Attorneys for Defendant Conopco, Inc., d/b/a "Unilever"*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 25, 2021, the foregoing document was served upon the following via the Court's electronic filing system, mail, and/or electronic mail:

Daniel F. Harvath
Harvath Law Group, LLC
75 W. Lockwood, Suite #1
Webster Grove, MO 63119
dharvath@harvathlawgroup.com

*Attorney for Plaintiff*


                        */s/ James P. Muehlberger*