UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAN CREPPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-02554-SEP |
| | ) |
| CONOPCO, INC., et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court are two motions to transfer and coordinate pretrial proceedings. Docs. [35], [37]. The Court previously granted a motion to consolidate eight cases with identical claims against Defendant Conopco, Inc. Doc. [13]. Since that order, Defendant has removed five cases filed by the same lawyer raising the same claims on behalf of new plaintiffs. Defendant requests, with consent of Plaintiffs' counsel, that these actions be consolidated for pretrial purposes:

1. *Fischer v. Conopco, Inc.*, 4:21-cv-00582-JMB
2. *Muller v. Conopco, Inc.*, 4:21-cv-00583-SRW
3. *Sandbach v. Conopco, Inc.*, 4:21-cv-00706-DDN
4. *Sandbach v. Conopco, Inc.*, 4:21-cv-00709-JAR
5. *Huskey v. Conopco, Inc.*, 4:21-cv-00710-SRW

For the reasons articulated in the previous order to consolidate, Doc. [13], the Court will grant the motions. Accordingly,

**IT IS HEREBY ORDERED** that the motions to transfer and coordinate pretrial proceedings, Docs. [35], [37], are **GRANTED**. All pleading and other documents in this matter shall be filed in *Crepps v. Conopco, Inc.*, 4:19-cv-02554-SEP. *See* E.D. Mo. L.R. 4.03.

Dated this 24th day of June, 2021.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE